# KILPATRICK & ASSOCIATES, P.C.
## Attorneys and Counselors at Law
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
Phone: (248) 377-0700
Fax: (248) 377-0800

**RICHARDO I. KILPATRICK**
*Keith G. Reid*                                          615 Griswold, Suite 1305
*Michael T. Brown*                                       Detroit, MI 48226-3985
*Reema Samman*
*Donovan Johnson*

January 24, 2019

Clerk of the Court                               Sent via email and first class mail
United States Bankruptcy Court
Eastern District of Michigan
211 W. Fort Street
Detroit, MI 48226

Re:     Noel Ravenscroft (P77729)

Dear Sir or Madam,

Effective January 1, 2019, Noel Ravenscroft is no longer with Kilpatrick & Associates, P.C. Please reassign all the cases on the system assigned to Noel Ravenscroft for Kilpatrick & Associates, P.C. to Michael T. Brown.

Please contact me if you have any questions.

Very truly yours,

*Richardo I. Kilpatrick*

Richardo I. Kilpatrick

RIK/kss