Debtor 1: CHERYL GIBSON

Debtor 2 (Spouse if filing): _____

United States Bankruptcy Court for the: EASTERN District of MI

Case number: 18-48460

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: HUNTINGTON NATIONAL BANK

Court claim no. (if known): 4

Last 4 digits of any number you use to identify the debtor's account: 8 8 5 8

Date of payment change: 07/01/2019
Must be at least 21 days after date of this notice

New total payment: $ 1825.11
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why _____

   Current escrow payment: $ 721.64     New escrow payment: $ 716.98

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☐ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

| | | |
|---|---|---|
| Debtor 1 | CHERYL GIBSON | Case number (if known) 18-48460 |
| | First Name  Middle Name  Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X /s/ Beth Yanniello
Signature

Date 05/23/2019

Print: **BETH**  **YANNIELLO**
First Name   Middle Name   Last Name

Title **SPECIALIST II**

Company **HUNTINGTON NATIONAL BANK**

Address **5555 CLEVELAND AVE GW1N10**
Number   Street
**COLUMBUS**  **OH**  **43231**
City   State   ZIP Code

Contact phone **888-632-5547**

Email bankruptcy@huntington.com

Official Form 410S1  Notice of Mortgage Payment Change  page 2

18-48460-tjt   Doc 74   Filed 06/03/19   Entered 06/03/19 14:31:22   Page 2 of 8

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In Re:

    CHERYL GIBSON    Case No. 18-48460

    Chapter 13

    Hon. Thomas J. Tucker

Debtor
_____/

## CERTIFICATE OF SERVICE

The Huntington National Bank states that on May 24, 2019 it served a copy of the Notice of Mortgage Payment Change and this Certificate of Service by U.S. Mail or by electronic notification via the Court's CM/ECF system to the following:

Cheryl Gibson 456 PLUM ST WYANDOTTE MI 48192

John Finn, Debtors Atty @ jjfinn@comcast.net

Tammy Terry, Ch 13 Trustee @ MIEB_ECFADMIN@DET13.NET

U.S. Trustee

Date: May 24, 2019

*/s/ Beth Hannulto*
Bankruptcy Specialist

Huntington Mortgage
2361 Morse Rd  NC1N13
Columbus, OH 43229

May 21, 2019

TAMMY TERRY
BUHL BUILDING
535 GRISWOLD
SUITE 2100
DETROIT, MI, 48226



RE: Loan Number
    Cheryl A Gibson
    456 Plum St
    Wyandotte MI 48192
    Bankruptcy Case: 18-48460

In accordance with RESPA requirements, this letter is being sent to advise you to change your records to reflect a payment change on the above referenced loan. The new monthly post-petition payment will be $ 1,825.11, effective with the  7-1-19  payment.

The change is due to an increase or decrease in the escrow requirements.

If you should have any questions or need additional information, please call me at 1-888-632-5547.

Thank you for your cooperation.

Sincerely,

Bankruptcy Department
Huntington Mortgage
1-888-632-5547


Access your mortgage loan information
www.huntington.com

```
            CHERYL A GIBSON
            456 PLUM ST
            WYANDOTTE           MI 48192


                    ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

                                  ACCOUNT HISTORY

               THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM
               07/01/18 THROUGH 06/30/19.
               YOUR   MONTHLY    MORTGAGE PAYMENT FOR THE PAST YEAR WAS
                      1,861.70 OF WHICH     1,108.13 WAS FOR PRINCIPAL AND INTEREST
                 AND       753.57 WENT INTO YOUR ESCROW ACCOUNT.

            PROJ        ACTUAL     PROJ                       ACTUAL     PROJ        ACTUAL
            ESCROW      ESCROW     ESCROW                     ESCROW     ESCROW      ESCROW
      MO    DEPOSIT     DEPOSIT    PAYMENTS DESCRIPTION       PAYMENTS   BALANCE     BALANCE
            STARTING BALANCE ..............................              3651.81     5367.61-
      JUL   721.64                *  156.58 RBP                      *   4216.87     5367.61-
      JUL                                   RBP                 153.33*  4216.87     5520.94-
      AUG   721.64                *  156.58 RBP                      *   4781.93     5520.94-
      SEP   721.64                *  156.58 RBP                      *   5346.99     5520.94-
      SEP                            4216.87 CITY TAX                *   1130.12     5520.94-
      SEP                                   RBP                 306.66*  1130.12     5827.60-
      OCT   721.64                *  156.58 RBP                      *   1695.18     5827.60-
      OCT                                   RBP                 153.33*  1695.18     5980.93-
      NOV   721.64                *  156.58 RBP                      *   2260.24     5980.93-
      NOV                                   RBP                 153.33*  2260.24     6134.26-
      DEC   721.64     3014.28     *  156.58 RBP                     *   2825.30     3119.98-
      DEC                            942.93 CITY TAX                 *   1882.37     3119.98-
      DEC                                   RBP                 153.33*  1882.37     3273.31-
      JAN   721.64      753.57     *  156.58 RBP                     *   2447.43     2519.74-
      JAN                                   RBP                 153.33*  2447.43     2673.07-
```

```
T2031-37P                                                                           05/21/19
```

| MO | PROJ ESCROW DEPOSIT | ACTUAL ESCROW DEPOSIT | | PROJ ESCROW PAYMENTS | DESCRIPTION | ACTUAL ESCROW PAYMENTS | PROJ ESCROW BALANCE | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|---|---|---|---|
| FEB | 721.64 | 753.57 | * | 156.58 | RBP | * | 3012.49 | 1919.50- |
| FEB | | | | | RBP | 153.33* | 3012.49 | 2072.83- |
| FEB | | | | | RBP | 153.33* | 3012.49 | 2226.16- |
| MAR | 721.64 | | * | 156.58 | RBP | * | 3577.55 | 2226.16- |
| APR | 721.64 | 753.57 | * | 156.58 | RBP | * | 4142.61 | 1472.59- |
| APR | | | | | RBP | 153.33* | 4142.61 | 1625.92- |
| MAY | 721.64 | 11673.96 | *Y | 156.58 | RBP | *Y | 4707.67 | 10048.04 |
| MAY | | | | 1621.00 | HAZARD INS | 1604.00* | 3086.67 | 8444.04 |
| MAY | | | | | RBP | 153.33* | 3086.67 | 8290.71 |
| MAY | | | Y | | CITY TAX | 4216.87*Y | 3086.67 | 4073.84 |
| MAY | | | Y | | CITY TAX | 942.93*Y | 3086.67 | 3130.91 |
| JUN | 721.64 | 721.64 | Y | 156.58 | RBP | 153.33*Y | 3651.73 | 3699.22 |

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE
MADE DURING THIS PERIOD EQUALING     8,659.76. UNDER FEDERAL LAW,
YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED     1,130.12
(NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT),
UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT.
UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY
BALANCE SHOULD NOT HAVE EXCEEDED     1,130.12.

AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE
EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION,
PLEASE CALL OUR TOLL-FREE NUMBER.

```
                              ACCOUNT PROJECTION

        MORTGAGE INS         :        1,839.96
        CITY TAX             :        5,159.80
        HAZARD INS           :        1,604.00
        ----------------------------------------
        ANNUAL DISBURSEMENTS :        8,603.76
              8,603.76 / 12  =          716.98 ESCROW PAYMENT

      PAYMENTS       PAYMENTS                         CURRENT BAL    REQUIRED BAL
MO    TO             FROM       DESCRIPTION           PROJECTION     PROJECTION
BALANCE AS OF 06/30/19..........................        3,699.22       3,653.22
JUL   716.98          153.33    RBP                     4,262.87       4,216.87
AUG   716.98          153.33    RBP                     4,826.52       4,780.52
SEP   716.98          153.33    RBP                     5,390.17       5,344.17
SEP                 4,216.87    CITY TAX                1,173.30       1,127.30
OCT   716.98          153.33    RBP                     1,736.95       1,690.95
NOV   716.98          153.33    RBP                     2,300.60       2,254.60
DEC   716.98          153.33    RBP                     2,864.25       2,818.25
DEC                   942.93    CITY TAX                1,921.32       1,875.32
JAN   716.98          153.33    RBP                     2,484.97       2,438.97
FEB   716.98          153.33    RBP                     3,048.62       3,002.62
MAR   716.98          153.33    RBP                     3,612.27       3,566.27
APR   716.98          153.33    RBP                     4,175.92       4,129.92
MAY   716.98          153.33    RBP                     4,739.57       4,693.57
MAY                 1,604.00    HAZARD INS              3,135.57       3,089.57
JUN   716.98          153.33    RBP                     3,699.22       3,653.22

      THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS       3,699.22 . YOUR
      STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE    3,653.22 .
```

THIS MEANS YOU HAVE A SURPLUS OF       207.84.** THIS SURPLUS MUST BE
RETURNED TO YOU UNLESS IT IS LESS THAN $50, IN WHICH CASE WE HAVE THE
ADDITIONAL OPTION OF KEEPING IT AND LOWERING YOUR PAYMENTS ACCORDINGLY.
DUE TO THE DELINQUENT STATUS OF YOUR ACCOUNT, WE ARE HOLDING THE
SURPLUS.

** THIS AMOUNT HAS BEEN ADJUSTED FOR THE BANKRUPTCY PROOF OF CLAIM.

YOUR   MONTHLY    MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
      1,825.11 OF WHICH     1,108.13 WILL BE FOR PRINCIPAL AND
INTEREST AND       716.98 WILL GO INTO YOUR ESCROW ACCOUNT.

NEW PAYMENT INFORMATION
    PRINCIPAL AND INTEREST            1,108.13
    ESCROW PAYMENT                      716.98
                                    --------------
NEW PAYMENT EFFECTIVE 07/01/19        1,825.11

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.