UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BANKRUPTCY COURT

IN RE: CHERYL A. GIBSON,　　　　　　　　　　　Case No. 18-48460
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Tucker
　　　　Debtor.　　　　　　　　　　　　　　　　Chapter 13
_____/

JOHN J. FINN (P33678)
Attorney for Debtor
17735 Fort Street
Riverview, MI 48193
(734) 246-8800
jjayfinn@gmail.com
_____/

## MOTION TO MODIFY THE PLAN TO REDUCE THE PLAN PAYMENT AND FOR PERMISSION TO INCUR NEW DEBT OUTSIDE THE PLAN

NOW COMES Debtor, CHERYL A. GIBSON, by and through her attorney, JOHN J. FINN, and moves this Honorable Court for an order Modifying the Chapter 13 Plan and allowing Debtor to Incur new debt outside the Plan for the following reasons:

1. That the Debtor had a vehicle leased from Ford Motor Credit, the lease terminating on April 2, 2021, and said vehicle was repossessed on or about April 24, 2021.

2. That the Chapter 13 Plan called for payments to be made through the Plan; the payment was $256 per month (Exhibit A). The payment order called for weekly payments of $637 of which the weekly amount for the lease would be $59.08 (Exhibit B).

3. That the $S637 weekly payment is difficult, particularly since the pandemic began, but Debtor has been able to keep up payments despite reduction in her hours at work.

4. That the Debtor needs this money that was being paid for the lease of the vehicle through the Plan to be released so she can lease a vehicle outside the Plan (Exhibit C).

5. That the Debtor would require permission to incur new debt by leasing the vehicle from Bill Brown Ford (Exhibit C) outside the Plan.

5. That the Plan called for paying the Class 9 unsecured creditors 100% of their claims, that the reduction in the Plan Payment set out above, would not affect that amount.

WHEREFORE, Debtor requests that the Plan be amended to reduce the payment by $59.08 per week, from $637.00 to $577.92 per week. That Further the Debtor be allowed to incur new debt by leasing a new vehicle as set out in Exhibit C.

Respectfully Submitted,

JOHN J. FINN (P33678)
Attorney for Debtor
17735 Fort Street
Riverview, MI 48193
(734) 246-8800
jjayfinn@gmail.com

DATED: May 5, 2021

# EXHIBIT A

# Account Ledger



Case: 1848460   Debtor: CHERYL A. GIBSON   Trustee: TERRY, TAMMY L. (DETROIT, MI)

Filter By   All Claims    All Payees      All Transactions    All Time

## Receipts & Disbursements



| DATE PAID | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 04/19/2021 | | | N/A | EMPLOYER PAYROLL DEDUCTION CHECK | $637.00 |
| 04/19/2021 | | | TAMMY L. TERRY, TRUSTEE | TRUSTEE FEE - PLAN RECEIPT | -$63.70 |
| 04/12/2021 | | | TAMMY L. TERRY, TRUSTEE | TRUSTEE FEE - PLAN RECEIPT | -$63.70 |
| 04/12/2021 | | | N/A | EMPLOYER PAYROLL DEDUCTION CHECK | $637.00 |
| 04/07/2021 | | | N/A | EMPLOYER PAYROLL DEDUCTION CHECK | $637.00 |
| 04/07/2021 | | | TAMMY L. TERRY, TRUSTEE | TRUSTEE FEE - PLAN RECEIPT | -$63.70 |
| 04/02/2021 | | | TAMMY L. TERRY, TRUSTEE | TRUSTEE FEE - PLAN RECEIPT | -$63.70 |
| 04/02/2021 | | | N/A | EMPLOYER PAYROLL DEDUCTION CHECK | $637.00 |
| 04/01/2021 | 7 | 2164851 | FORD MOTOR CREDIT COMPANY LLC | AMOUNT DISBURSED TO CREDITOR | -$255.98 |
| 04/01/2021 | 2 | 2165064 | HUNTINGTON NATIONAL BANK | AMOUNT DISBURSED TO CREDITOR | -$1611.87 |
| 04/01/2021 | 3 | 2165064 | HUNTINGTON NATIONAL BANK | AMOUNT DISBURSED TO CREDITOR | -$1904.03 |
| 04/01/2021 | 5 | 2164840 | FORD MOTOR CREDIT | AMOUNT DISBURSED TO CREDITOR | -$46.00 |

| DATE PAID | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 03/26/2021 | | | TAMMY L. TERRY, TRUSTEE | TRUSTEE FEE - PLAN RECEIPT | -$63.70 |
| 03/26/2021 | | | N/A | EMPLOYER PAYROLL DEDUCTION CHECK | $637.00 |
| 03/24/2021 | | | N/A | EMPLOYER PAYROLL DEDUCTION CHECK | $1274.00 |
| 03/24/2021 | | | TAMMY L. TERRY, TRUSTEE | TRUSTEE FEE - PLAN RECEIPT | -$127.40 |
| 03/15/2021 | | | TAMMY L. TERRY, TRUSTEE | TRUSTEE FEE - PLAN RECEIPT | -$63.70 |
| 03/15/2021 | | | TAMMY L. TERRY, TRUSTEE | TRUSTEE FEE - PLAN RECEIPT | -$63.70 |
| 03/15/2021 | | | N/A | EMPLOYER PAYROLL DEDUCTION CHECK | $637.00 |
| 03/15/2021 | | | N/A | EMPLOYER PAYROLL DEDUCTION CHECK | $637.00 |
| 03/12/2021 | | | N/A | EMPLOYER PAYROLL DEDUCTION CHECK | $637.00 |
| 03/12/2021 | | | N/A | EMPLOYER PAYROLL DEDUCTION CHECK | $637.00 |
| 03/12/2021 | | | TAMMY L. TERRY, TRUSTEE | TRUSTEE FEE - PLAN RECEIPT | -$63.70 |
| 03/12/2021 | | | TAMMY L. TERRY, TRUSTEE | TRUSTEE FEE - PLAN RECEIPT | -$63.70 |
| 03/01/2021 | 7 | 2160365 | FORD MOTOR CREDIT COMPANY LLC | AMOUNT DISBURSED TO CREDITOR | -$255.98 |
| 03/01/2021 | 3 | 2160563 | HUNTINGTON NATIONAL BANK | AMOUNT DISBURSED TO CREDITOR | -$220.57 |
| 03/01/2021 | 2 | 2160563 | HUNTINGTON NATIONAL BANK | AMOUNT DISBURSED TO CREDITOR | -$1811.87 |
| 02/22/2021 | | | TAMMY L. TERRY, TRUSTEE | TRUSTEE FEE - PLAN RECEIPT | -$63.70 |
| 02/22/2021 | | | N/A | EMPLOYER PAYROLL DEDUCTION CHECK | $637.00 |
| 02/08/2021 | | | N/A | EMPLOYER PAYROLL DEDUCTION CHECK | $637.00 |
| 02/08/2021 | | | TAMMY L. TERRY, TRUSTEE | TRUSTEE FEE - PLAN RECEIPT | -$63.70 |
| 02/02/2021 | | | TAMMY L. TERRY, TRUSTEE | TRUSTEE FEE - PLAN RECEIPT | -$127.40 |
| 02/02/2021 | | | N/A | EMPLOYER PAYROLL DEDUCTION CHECK | $1274.00 |
| 02/01/2021 | 7 | 2155967 | FORD MOTOR CREDIT COMPANY LLC | AMOUNT DISBURSED TO CREDITOR | -$255.98 |
| 02/01/2021 | 2 | 2156165 | HUNTINGTON NATIONAL BANK | AMOUNT DISBURSED TO CREDITOR | -$1811.87 |
| 02/01/2021 | 3 | 2156165 | HUNTINGTON NATIONAL BANK | AMOUNT DISBURSED TO CREDITOR | -$781.72 |
| 02/01/2021 | 5 | 2155956 | FORD MOTOR CREDIT | AMOUNT DISBURSED TO CREDITOR | -$21.71 |
| 01/27/2021 | | | TAMMY L. TERRY, TRUSTEE | TRUSTEE FEE - PLAN RECEIPT | -$63.70 |
| 01/27/2021 | | | N/A | EMPLOYER PAYROLL DEDUCTION CHECK | $637.00 |
| 01/25/2021 | | | N/A | EMPLOYER PAYROLL DEDUCTION CHECK | $637.00 |
| 01/25/2021 | | | TAMMY L. TERRY, TRUSTEE | TRUSTEE FEE - PLAN RECEIPT | -$63.70 |
| 01/11/2021 | | | TAMMY L. TERRY, TRUSTEE | TRUSTEE FEE - PLAN RECEIPT | -$63.70 |
| 01/11/2021 | | | N/A | EMPLOYER PAYROLL DEDUCTION CHECK | $637.00 |

# EXHIBIT B

IN RE: CHERYL A GIBSON

Debtor,

CHAPTER 13
CASE NO. 18-48460
JUDGE TUCKER

## ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ __2,250.00__ in fees and $_____ in expenses, and that the portion of such claim which has not already been paid, to-wit: $ __1,050.00__ shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [Only provisions checked below apply]

✗ The Debtor shall remit __0__ % of all tax refunds received or entitled to after commencement of the case, and shall not alter any withholding deductions/exemptions without Court approval.

X The Debtor's Plan shall continue for no less than __60__ months.

X The Debtor's Plan payments shall be increased to **$637.00** per **WEEK** effective the **8TH** day of **NOVEMBER, 2018**.

☐ Creditors right to object to the last filed Modified Plan are preserved until_____

X Other:

A) That the Ford Motor Credit claim regarding the 2017 Ford Focus in the amount of $16,922.29, shall be placed in Class 5.3 of the Plan as a Direct Pay pursuant to the contract between the parties.

B) That the Ford Motor Credit claim regarding the 2018 Ford Escape in the amount of $8,959.30, that the automatic stay, pursuant to 11USC 362, shall be vacated as it applies to the Creditor and the vehicle on the lease termination date or in the event the vehicle is surrendered prior to the termination date, on the date of surrender. Creditor is not required to file an amended proof of claim pursuant to LBR 4001-5.

C) That the arrears on the 2018 Ford Escape, Class 6.2, shall be cured within 6 months from Confirmation date.

B

D) That the Trustee reserves the right to object to Budget expenses if the Plan is ever amended to propose less than a 100% dividend to Class 9 unsecured Creditors

APPROVED:

/s/ Tammy L. Terry
TAMMY L TERRY (P46254)
CHAPTER 13 TRUSTEE
535 Griswold, S. 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.com

Signed on November 14, 2018

OBJECTIONS WITHDRAWN:

/s/ MICHAEL T. BROWN
CREDITOR: Ford Motor Credit
Michael T Brown Esq.
Kilpatrick & Associates, P.C.
902 N Opdyke Rd., Suite C
Auburn Hills, MI 48326
(248) 377-0700 x2229
mbrown@kaalaw.com

APPROVED:

/s/ JOHN J FINN
John J Finn   (P33678)
Attorney for Debtor
17735 Fort Street
Riverview, MI 48193
(734) 246-8800
jjfinn@comcast.net



/s/ Thomas J. Tucker

Thomas J. Tucker
United States Bankruptcy Judge

# EXHIBIT C

 

# Bill Brown Ford, Inc.
32222 PLYMOUTH RD · LIVONIA, MICHIGAN 48150
PHONE (734) 421-7000
(BUYER'S ORDER)

LEASE   www.billbrownford.com
Salesperson: JOHN KRAUSE
Deal No: 611800

Customer No: 209551
Buyer: CHERYL GIBSON
456 PLUM ST
WYANDOTTE MI 48192-6554

Home Phone: (313) 671-1432
Work Phone:
Cell Phone:
Soc. Sec. No:
Driver's License No: R320115067118   State: MI

Email Address:

PLEASE ENTER MY ORDER FOR THE FOLLOWING  X  NEW ___ USED VEHICLE

Stock Number: 211286P   VIN: 1FMCU9G64MUA09438
Year: 2021  Make: FORD  Model: ESCAPE  Body Type: WGN
Trans: Automatic  Drive: 4X4  Cylinders: 4  Color: JS ICONIC  Trim: 4H DARK

Term: 24   Total Estimated Miles: 21,000  Demo: No
Payment: 267.92
Down Money: N/A   Security Deposit: N/A
Sales Tax: 278.00
Title Fee: 18.00   Transfer Fee: 10.00   Plate Fee: 5.00
Amount Due at Signing: 375.00

TIRE CARE                                     375.00

Ford Pass Match: 24 MOS/25,000 MILES  Gas 3 visits 7500 interval  0.00

39128-1500
38168-2500
50564-250
50570-250
51726-300
A/Z PLAN

FORD CREDIT 24mth
LEASE
375 due @ start 267/mth

| | |
|---|---|
| VEH. SELLING PRICE | N/A |
| CVR AND DOC FEE | 99.00 |
| TOTAL TAXABLE PRICE | N/A |
| TAXES: | N/A |
| T&W: | 375.00 |
| WEAR CARE | N/A |
| LICENSE FEE | 5.00 |
| TRANSFER FEE | 10.00 |
| TITLE FEE | 16.00 |
| EXTENDED SERVICE PLAN | N/A |
| TOTAL CASH PRICE | N/A |
| LESS: NET TRADE ALLOW: | N/A |
| CASH DEPOSIT: | N/A |
| REBATES: | 4800.00 |
| CASH ON DELIVER: | N/A |
| AMOUNT TO BE FINANCED: | N/A |
| TRADE-IN ALLOWANCE: | N/A |
| LESS BALANCE OWED: | N/A |
| NET ALLOWANCE ON TRADE: | N/A |

TRADE-IN: Year ___ Make ___ Model ___ VIN ___
TRADE-IN: Year ___ Make ___ Model ___ VIN ___

Plate Number: ___ Body: ___
Insurance Company: 0
Policy Number: 0
Agent's Name: 3028540   Phone No: 2855246
Balance Owed 0   Credit To: ___
Address: ___   Phone No: ___

BUYER'S REPRESENTATIONS

IMPORTANT NOTICE CONCERNING INSURANCE

ACCEPTED BY: ___

(C)