United States Bankruptcy Court
Eastern District of Michigan

In re: CHERYL A. GIBSON

Case No: 18-48460-tjt
Chapter 13

Debtor.
_____/

## CORRECTED

## NOTICE OF DEADLINE TO OBJECT TO PROPOSED CHAPTER 13 PLAN MODIFICATION

The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed chapter 13 plan modification shall be served on the following:

John J. Finn, Attorney for Debtor
17735 Fort Street, Riverview, MI 48192

Tammy L. Terry, Chapter 13 Trustee
535 Griswold, Suite 2100, Detroit, MI 48226

/s/ John J. Finn
JOHN J. FINN (P33678)
Attorney for Debtor

DATED: May 19, 2021

Revised May 2016