| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Cheryl A Gibson |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Michigan |
| Case number | 18-48460 |

Official Form 410S1

# Notice of Mortgage Payment Change  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** The Huntington National Bank  **Court claim no.** (if known): 04

**Last 4 digits** of any number you use to identify the debtor's account: 8 8 5 8

**Date of payment change:** 07-01-21
Must be at least 21 days after date of this notice

**New total payment:** $ 1839.35
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 703.74     New escrow payment: $ 731.22

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

18-48460-tjt    Doc 88    Filed 06/08/21    Entered 06/08/21 14:18:30    Page 1 of 8

| Debtor 1 | Cheryl A Gibson | Case number (if known) | 18-48460 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ ___/s/ Jessica M. Dillon
Signature

Date: 06-08-2021

Print: Jessica M Dillon
First Name   Middle Name   Last Name

Title: Bankruptcy Specialist

Company: The Huntington National Bank

Address: 5555 Cleveland Ave
Number   Street

Columbus   OH   43231
City   State   ZIP Code

Contact phone: 888-632-5547

Email: bankruptcy@huntington.com

Official Form 410S1 — Notice of Mortgage Payment Change — page 2

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In Re:

| | |
|---|---|
| CHERYL GIBSON | Case No. 18-48460 |
| | Chapter 13 |
| | Hon. Thomas J. Tucker |
| Debtor | |

_____/

## CERTIFICATE OF SERVICE

The Huntington National Bank states that on June 8, 2021 it served a copy of the Notice of Mortgage Payment Change and this Certificate of Service by U.S. Mail or by electronic notification via the Court's CM/ECF system to the following:

Cheryl Gibson 456 PLUM ST WYANDOTTE MI 48192

John Finn, Debtors Atty @ jjfinn@comcast.net

Tammy Terry, Ch 13 Trustee @ MIEB_ECFADMIN@DET13.NET

U.S. Trustee

Date:   June 8, 2021                              __/s/ Jessica M. Dillon
                                                 _____
                                                 Bankruptcy Specialist



THE HUNTINGTON NATIONAL BANK
3 CASCADE PLAZA CAS55
AKRON OH 44308



0000065  TAMMY TERRY
BUHL BUILDING
535 GRISWOLD
SUITE 2100
DETROIT, MI, 48226

May 18, 2021

RE: Loan Number ███████
Cheryl A Gibson
456 Plum St
Wyandotte MI 48192
Bankruptcy Case: 18-48460

In accordance with RESPA requirements, this letter is being sent to advise you to change your records to reflect a payment change on the above referenced loan. The new monthly post-petition payment will be $ 1,839.35, effective with the July, 2021 payment.

The change is due to an increase or decrease in the escrow requirements.

If you should have any questions or need additional information, please call me at 1-888-632-5547.

Thank you for your cooperation.

Sincerely,


Bankruptcy Department
Huntington Mortgage
1-888-632-5547




Access your mortgage loan information
www.huntington.com

14300 Z11BK021 (08/20)

```
        CHERYL A GIBSON
        456 PLUM ST
        WYANDOTTE           MI 48192


                    ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

                                 ACCOUNT HISTORY

        THIS IS ACTUAL ESCROW ACTIVITY IN YOUR ESCROW ACCOUNT FROM
        05/19/20 THROUGH 06/30/20.

                    ACTUAL           ACTUAL                              ACTUAL
                    ESCROW           ESCROW                              ESCROW
MO/YR               DEPOSIT          PAYMENTS    DESCRIPTION             BALANCE
STARTING BALANCE .............................................          6,350.10
06/20               716.98           149.96      RBP                     6,917.12


        THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM
        07/01/20 THROUGH 06/30/21.
        YOUR   MONTHLY    MORTGAGE PAYMENT FOR THE PAST YEAR WAS
            1,811.87 OF WHICH     1,108.13 WAS FOR PRINCIPAL AND INTEREST
          AND        703.74 WENT INTO YOUR ESCROW ACCOUNT.

         PROJ       ACTUAL      PROJ                      ACTUAL     PROJ       ACTUAL
         ESCROW     ESCROW      ESCROW                    ESCROW     ESCROW     ESCROW
MO/YR    DEPOSIT    DEPOSIT     PAYMENTS DESCRIPTION      PAYMENTS   BALANCE    BALANCE
STARTING BALANCE ...........................................        3585.17    6917.12
07/20    703.74     716.98 *    149.96   RBP                    *    4138.95    7634.10
07/20                                    RBP              146.45*    4138.95    7487.65
08/20    703.74     1433.96 *   149.96   RBP                    *    4692.73    8921.61
08/20                                    RBP              146.45*    4692.73    8775.16
09/20    703.74     716.98 *    149.96   RBP                    *    5246.51    9492.14
```

| MO/YR | PROJ ESCROW DEPOSIT | ACTUAL ESCROW DEPOSIT | PROJ ESCROW PAYMENTS | DESCRIPTION | ACTUAL ESCROW PAYMENTS | PROJ ESCROW BALANCE | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|---|---|---|
| 09/20 |        |           | 4138.95   | CITY TAX   |        * | 1107.56 |  9492.14 |
| 09/20 |        |           |           | RBP        | 146.45*  | 1107.56 |  9345.69 |
| 10/20 | 703.74 | 1433.96 * |  149.96   | RBP        |        * | 1661.34 | 10779.65 |
| 10/20 |        |           |           | RBP        | 146.45*  | 1661.34 | 10633.20 |
| 11/20 | 703.74 | 1433.96 * |  149.96   | RBP        |        * | 2215.12 | 12067.16 |
| 11/20 |        |           |           | RBP        | 146.45*  | 2215.12 | 11920.71 |
| 12/20 | 703.74 |  716.98 * |  149.96   | RBP        |        * | 2768.90 | 12637.69 |
| 12/20 |        |           |  925.43   | CITY TAX   |        * | 1843.47 | 12637.69 |
| 12/20 |        |           |           | RBP        | 146.45*  | 1843.47 | 12491.24 |
| 01/21 | 703.74 |  716.98 * |  149.96   | RBP        |        * | 2397.25 | 13208.22 |
| 01/21 |        |           |           | RBP        | 146.45*  | 2397.25 | 13061.77 |
| 02/21 | 703.74 |  703.74   |  149.96   | RBP        |        * | 2951.03 | 13765.51 |
| 02/21 |        |           |           | RBP        | 146.45*  | 2951.03 | 13619.06 |
| 03/21 | 703.74 |  703.74   |  149.96   | RBP        |        * | 3504.81 | 14322.80 |
| 03/21 |        |           |           | RBP        | 146.45*  | 3504.81 | 14176.35 |
| 04/21 | 703.74 |  703.74   |  149.96   | RBP        |        * | 4058.59 | 14880.09 |
| 04/21 |        |           |           | RBP        | 146.45*  | 4058.59 | 14733.64 |
| 04/21 |        |           |           | HAZARD INS | 1604.00* | 4058.59 | 13129.64 |
| 05/21 | 703.74 | 5629.92 *Y|  149.96   | RBP        |       *Y | 4612.37 | 18759.56 |
| 05/21 |        |           | 1581.00   | HAZARD INS |        * | 3031.37 | 18759.56 |
| 05/21 |        |           |           | RBP        | 146.45*  | 3031.37 | 18613.11 |
| 05/21 |        |         Y |           | CITY TAX   | 4305.43*Y| 3031.37 | 14307.68 |
| 05/21 |        |         Y |           | CITY TAX   | 4305.43*Y| 3031.37 | 10002.25 |
| 05/21 |        |         Y |           | CITY TAX   | 4305.43*Y| 3031.37 |  5696.82 |
| 05/21 |        |         Y |           | CITY TAX   |  947.43*Y| 3031.37 |  4749.39 |
| 05/21 |        |         Y |           | CITY TAX   |  947.43*Y| 3031.37 |  3801.96 |
| 05/21 |        |         Y |           | CITY TAX   |  947.43*Y| 3031.37 |  2854.53 |
| 06/21 | 703.74 |  703.74 Y |  149.96   | RBP        | 146.45*Y | 3585.15 |  3411.82 |

```
LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE
MADE DURING THIS PERIOD EQUALING        8,444.90. UNDER FEDERAL LAW,
YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED        1,107.56
(NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT),
UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT.
UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY
BALANCE SHOULD NOT HAVE EXCEEDED        1,107.56.

YOUR ACTUAL LOWEST MONTHLY BALANCE WAS GREATER THAN        1,107.56.
THE ITEMS WITH AN ASTERISK ON YOUR ACCOUNT HISTORY MAY EXPLAIN THIS.
AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE
EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION,
PLEASE CALL OUR TOLL-FREE NUMBER.

                          ACCOUNT PROJECTION

    MORTGAGE INS          :         1,757.40
    CITY TAX              :         5,252.86
    HAZARD INS            :         1,604.00
    ---------------------------------------
    ANNUAL DISBURSEMENTS  :         8,614.26
         8,614.26 / 12 =        717.86 ESCROW PAYMENT

        PAYMENTS       PAYMENTS                     CURRENT BAL   REQUIRED BAL
MO/YR     TO             FROM       DESCRIPTION     PROJECTION    PROJECTION
BALANCE AS OF 06/30/21........................       3,411.82      3,734.02
07/21    717.86         146.45      RBP              3,983.23      4,305.43
08/21    717.86         146.45      RBP              4,554.64      4,876.84
09/21    717.86         146.45      RBP              5,126.05      5,448.25
09/21                 4,305.43      CITY TAX           820.62      1,142.82
10/21    717.86         146.45      RBP              1,392.03      1,714.23
11/21    717.86         146.45      RBP              1,963.44      2,285.64
12/21    717.86         146.45      RBP              2,534.85      2,857.05
12/21                   947.43      CITY TAX         1,587.42      1,909.62
```

```
         PAYMENTS      PAYMENTS                      CURRENT BAL    REQUIRED BAL
MO/YR    TO            FROM        DESCRIPTION       PROJECTION     PROJECTION
01/22    717.86         146.45     RBP                 2,158.83       2,481.03
02/22    717.86         146.45     RBP                 2,730.24       3,052.44
03/22    717.86         146.45     RBP                 3,301.65       3,623.85
04/22    717.86         146.45     RBP                 3,873.06       4,195.26
05/22    717.86         146.45     RBP                 4,444.47       4,766.67
05/22                 1,604.00     HAZARD INS          2,840.47       3,162.67
06/22    717.86         146.45     RBP                 3,411.88       3,734.08
```

THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS     3,411.82 . YOUR
STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE    3,734.02 .

THIS MEANS YOU HAVE A SHORTAGE OF      160.36.** THIS SHORTAGE MAY
BE COLLECTED FROM YOU OVER A PERIOD OF 12 MONTHS OR MORE UNLESS THE
SHORTAGE IS LESS THAN 1 MONTHS DEPOSIT, IN WHICH CASE WE HAVE THE
OPTION OF REQUESTING PAYMENT WITHIN 30 DAYS. WE HAVE DECIDED TO
COLLECT IT OVER 12 MONTHS.

** THIS AMOUNT HAS BEEN ADJUSTED FOR THE BANKRUPTCY PROOF OF CLAIM.

YOUR    MONTHLY    MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
     1,839.35 OF WHICH     1,108.13 WILL BE FOR PRINCIPAL AND
INTEREST AND       717.86 WILL GO INTO YOUR ESCROW ACCOUNT.

```
NEW PAYMENT INFORMATION
     PRINCIPAL AND INTEREST           1,108.13
     ESCROW PAYMENT                     717.86
     OVER/SHORT SPREAD                   13.36
                                   --------------
NEW PAYMENT EFFECTIVE 07/01/21       1,839.35
```

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.